Pellissippi, Inaugural Conference of the U.S. Embassy in the Philippines The President of the U.S. Embassy in the Philippines, Mr. President. Thank you.